UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2971 PSG (SSx) | Date | June 1, 2009 |
|---|---|---|---|
| Title | Reginald Byrd v. Home Depot U.S.A., Inc. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Not Present                                              Not Present

**Proceedings:**     **(In Chambers) Remand Order**

On May 5, 2009, the Court issued an Order to Show Cause re Remand ("OSC") and gave Home Depot U.S.A., Inc. ("Defendant") twenty one days to respond to the Court's concerns regarding the apparent impropriety of removal. Accordingly, Defendant had until May 26, 2009 to file a response to the OSC. Defendant failed to do so. Therefore, the Court REMANDS the case.

**IT IS SO ORDERED.**